# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2015

Robert P. Young, Jr.,
Chief Justice

151392

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

TYRONE TOWNSHIP,
      Plaintiff-Appellee,

v

KATLIN ROSE RUFLI,
      Defendant-Appellant.

SC: 151392
COA: 324108
Livingston CC: 14-027948-AV

_____/

      On order of the Court, the application for leave to appeal the February 27, 2015 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, limited to whether the district court abused its discretion in awarding sanctions to the plaintiff and whether the circuit court erred in affirming that decision. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2015



t1118

Clerk